# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:07-CR-408-T-17TBM |
| | USM Number: 60649-004 |
| VICTOR HERNANDEZ | |
| | Richard Escobar, Retained |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct occurring while on supervision, Conspiracy to Possess With Intent to Distribute 100 Kilograms or More of Marijuana | 9/6/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: September 3, 2008

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: September _____, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __2__ of __2__

DEFENDANT: VICTOR HERNANDEZ
CASE NUMBER: 8:07-CR-408-T-17TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **THIRTY (30) MONTHS** to run CONSECUTIVELY to the term of imprisonment imposed in Case No. 8:07-CR-364-T-17TBM with credit for time served to be calculated by the United States Bureau of Prisons.

__X__   The Court makes the following recommendations to the Bureau of Prisons:
(1) Incarceration at FMC Butner, NC or FMC Springfield, MO.
(2) When possible, work opportunity for defendant to send support for two children.
(3) Mental and medical evaluation for continuing dependence on a variety of drugs and harm resulting therefrom regarding conduct by defendant.
(4) Intensive 500-hour substance abuse counseling and other counseling for gambling addiction.
(5) Provide academic evaluation for continuation of degree in electronics. Vocational training in electricity, electronics, computers and small business administration.

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL